Drew L. Johnson
Kathryn Tassinari
DREW L. JOHNSON, P.C.
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **AMANDA D. ANDRUS-KARKER,** | Case No. 6:16-cv-01883-AA |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $13,307.75 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees received by counsel in the amount of $8338.23, for a net cost to Plaintiff herein of $4969.52 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -            1

by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order.

        IT IS SO ORDERED this  16th  day of _____March_____, 2021

                                       /s/Ann Aiken
                                       U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff